SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorney for Defendant
JONATHAN FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0584 RS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS DATE FROM FEBRUARY 11, 2020 TO MARCH 17, 2020 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FOR THE SAME TIME PERIOD |
| v. | |
| JONATHAN FLORES, | |
| Defendant. | |

**STIPULATION**

This case is currently set for a status conference on February 11, 2020. Defense counsel was unexpectedly unavailable earlier this month and requires additional time for effective preparation of counsel, and thus requests that the next status date be continued to March 17, 2020. In light of defense counsel's statement, the government does not object to this request.

Defendant Jonathan Flores is out of custody on electronic monitoring.

The parties submit that the time between February 11, 2020 and March 17, 2020 should be excluded based on defense counsel's availability and need to review discovery and effectively advise her client. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv). The parties stipulate that the ends of justice served by the

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
CR 19-0584 RS

continuance outweigh the best interests of the public and the defendants in a speedy trial.

SO STIPULATED.

DATED: January 28, 2020

SHAWN HALBERT
Counsel for Jonathan Flores

DATED: January 28, 2020

DAVID L. ANDERSON
United States Attorney

/s/
CASEY BOOME
Assistant United States Attorney

## Attestation of Filer

I attest that I have the permission of the other signatories to this document to enter conformed signatures on their behalf and to file the document.

DATED: January 28, 2020

/s/
SHAWN HALBERT
Counsel for Jonathan Flores

STIPULATION AND [PROPOSED] ORDER
CR 19-0584 RS

# ORDER

For the reasons stated, IT IS HEREBY ORDERED that the status conference scheduled for February 11, 2020 shall be continued to March 17, 2020.

IT IS FURTHER ORDERED that a time exclusion between February 11, 2020 and March 17, 2020, is warranted, and the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice, and the continuance is appropriate given the status of the case. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

IT IS SO ORDERED.

DATED: 2/5/2020

HONORABLE RICHARD SEEBORG
United States District Judge