SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorney for Defendant
JONATHAN FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-0584 RS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING CASE TO OCTOBER 20, 2020, AND EXCLUDING TIME FROM SEPTEMBER 29, 2020 TO OCTOBER 20, 2020 UNDER THE SPEEDY TRIAL ACT |
| JONATHAN FLORES, | ) |
| Defendant. | ) |

**STIPULATION**

At the request of the defense and with no objection from the government, the defense requests that the status date of September 29, 2020 be continued to October 20, 2020 in order to allow defense counsel additional time to conduct investigation, meet with her client, and engage in settlement discussions with government counsel.

The parties submit that the time between September 29, 2020 and October 20, 2020 should be excluded based on effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the ends of justice served by the continuance outweigh the best interests of the public and the

/ / /

/ / /

STIPULATION AND ORDER
CR 19-0584 RS

1 defendant in a speedy trial.

2 IT IS SO STIPULATED.

3

4 DATED: September 25, 2020

5                  SHAWN HALBERT
                 Counsel for Jonathan Flores

6

7 DATED: September 25, 2020     DAVID L. ANDERSON
                 United States Attorney

8

9                  /s/
                 CHRISTINA LIU

10                  Assistant United States Attorney

11

12

13 <u>Attestation of Filer</u>

14   I attest that I have the permission of the other signatories to this document to enter conformed

15 signatures on their behalf and to file the document.

16 DATED: September 25, 2020        /s/
                 SHAWN HALBERT

17                  Counsel for Jonathan Flores

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CR 19-0584
RS

2

**ORDER**

For the reasons stated herein, IT IS HEREBY ORDERED that the status date of September 29, 2020 shall be continued to October 20, 2020 and that a time exclusion between September 29, 2020 and October 20, 2020 is warranted, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice, and the continuance is appropriate given the status of the case. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

IT IS SO ORDERED.

DATED: September 25, 2020

HONORABLE RICHARD SEEBORG
United States District Judge