1  SHAWN HALBERT
   California SBN 179023
2  Law Offices of Shawn Halbert
   214 Duboce Avenue
3  San Francisco, California 94103
   Telephone: (415) 703-0993
4  Facsimile: (415) 255-8631
   shawn@shawnhalbertlaw.com
5
6  Attorney for Defendant
   JONATHAN FLORES
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-0584 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING CASE FROM OCTOBER 20, 2020 TO NOVEMBER 3, 2020, AND EXCLUDING TIME FROM OCTOBER 20, 2020 TO NOVMEBER 3, 2020 UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JONATHAN FLORES, | |
| Defendant. | |

**STIPULATION**

At the request of the defense and with no objection from the government, the defense requests that the status date of October 20, 2020 be continued to November 3, 2020 in order to allow defense counsel additional time to conduct investigation, meet with her client, and engage in settlement discussions with government counsel.

The parties submit that the time between October 20, 2020 and November 3, 2020 should be excluded based on effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the ends of justice served by the continuance outweigh the best interests of the public and the

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
CR 19-0584 RS

defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: October 16, 2020

    SHAWN HALBERT
    Counsel for Jonathan Flores

DATED: October 16, 2020

    DAVID L. ANDERSON
    United States Attorney

    /s/
    CHRISTINA LIU
    Assistant United States Attorney

Attestation of Filer

I attest that I have the permission of the other signatories to this document to enter conformed signatures on their behalf and to file the document.

DATED: October 16, 2020

    /s/
    SHAWN HALBERT
    Counsel for Jonathan Flores

**ORDER**

For the reasons stated herein, IT IS HEREBY ORDERED that the status date of October 20, 2020 shall be continued to November 3, 2020 and that a time exclusion between October 20, 2020 and November 3, 2020 is warranted, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice, and the continuance is appropriate given the status of the case. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

IT IS SO ORDERED.

DATED: October 19, 2020

HONORABLE RICHARD SEEBORG
United States District Judge